United States District Court
Southern District of Texas

**ENTERED**

May 12, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| LUIS GERARDO MARTINEZ SALDANA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-CV-819 |
| | § | |
| WARDEN, WEBB COUNTY DETENTION | § | |
| CENTER, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Upon due consideration of the United States of America's Opposed Motion to Intervene, (Dkt. No. 7), the Motion is hereby **GRANTED**.

The Clerk of Court is **DIRECTED** to enter Intervenor United States of America's Motion for Summary Judgment, (Dkt. 7, Attach. 1), into the record. Finally, the Clerk of Court is **DIRECTED** to mail Petitioner a copy of this Order and a copy of Docket Entry No. 7 by any receipted means to the following address:

Luis Gerardo Martinez Saldana
A# 223-007-915
Webb County Detention Center
9998 S. HWY 83
Laredo, TX 78046

IT IS SO **ORDERED**.

**SIGNED** on May 12, 2026.

Brian C. Bajew
United States Magistrate Judge